# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARBARA WHITT, | Civil Action No. 11-06750 (JAP) |
| Plaintiff, | |
| v. | **ORDER** |
| RECEIVABLES PERFORMANCE MANAGEMENT, LLC, | |
| Defendant. | |

PISANO, District Judge.

This matter is presently before the Court on Plaintiff Barbara Whitt's motion for an award of attorneys' fees and upon the Report and Recommendation of United States Magistrate Judge Douglas E. Arpert, which recommended that Plaintiff's motion be granted in part. The Court has received objections to the Report and Recommendation by Plaintiff and Defendant and has conducted a *de novo* review of the issues raised. Consequently, for the reasons set forth in the accompanying Opinion,

**IT IS** on this 2nd day of October 2012,

**ORDERED** that the Report and Recommendation [docket entry no. 16] filed on July 18, 2012 is hereby **ADOPTED** and shall, in conjunction with the Opinion, constitute the findings and conclusions of this Court; and it is further

**ORDERED** that Plaintiff's motion for an award of attorneys' fees [docket entry no. 7] is **GRANTED IN PART AND DENIED IN PART**; and it is further

**ORDERED** that Plaintiff is awarded attorneys' fees in the amount of $2,835.07.

/s/ Joel A. Pisano
JOEL A. PISANO, U.S.D.J.